Pfeifer, J.,
dissenting.
{¶ 69} I dissent from the majority opinion and join Chief Justice Brown’s dissent but for one point: this court has never held applicable to a criminal case the analysis for overturning precedent imposed by a majority of this court in Westfield Ins. Co. v. Galatis, 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256. For example, recently in State v. Horner, 126 Ohio St.3d 466, 2010-Ohio-3830, 935 N.E.2d 26, this court overruled State v. Colon, 118 Ohio St.3d 26, 2008-Ohio-1624, 885 N.E.2d 917, and overruled in part State v. Colon, 119 Ohio St.3d 204, 2008-Ohio-3749, 893 N.E.2d 169, with nary a mention of Galatis.